# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2355 Disciplinary Docket No. 3
:
Petitioner : No. 25 DB 2017
:
v. : Attorney Registration No. 61707
:
CHARLES DEE SEPTOWSKI, : (Out of State)
:
Respondent :

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of February, 2017, upon consideration of the Verified Statement of Resignation, Charles Dee Septowski is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, *see* Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).